

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br>Robert Reliford<br>DEFENDANT(S). | CASE NUMBER<br>MJ 15-1764<br><br>ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT |
|---|---|

Upon motion of ___Court___, IT IS ORDERED that a detention hearing is set for __9/23__, _____, at __1:30__ ☐a.m. / ☑p.m. before the Honorable __Jacqueline Chooljian__, in Courtroom ~~Roybal Duty~~.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __9/23/15__

_____
U.S. District Judge/Magistrate Judge