

FILED
CLERK, U.S. DISTRICT COURT
SEP 23 2015
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Robert C. Reliford DEFENDANT(S). | CASE NUMBER MJ15-1764 ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of ___defendant___, IT IS ORDERED that a detention hearing is set for ___9/25___, _____, at ___10:30___ ☑a.m. / ☐p.m. before the Honorable ___Jacqueline Chooljian___, in Courtroom ___Royal Duty - 3rd Floor___

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: ___9/23/15___

U.S. District Judge/Magistrate Judge